This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**RICHARD A. HAWTHORNE**,

    Plaintiff-Appellee,

v.                                  **NO.  32,040**

**DAVID CHRISTOPHER,**

    Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF LINCOLN COUNTY**
**Karen L. Parsons, District Judge**

Richard A. Hawthorne
Ruidoso, NM

Pro Se Appellee

Hennighausen & Olsen, LLP
A. J. Olsen
Ken B. Wilson
Jeff Grandjean
Roswell, NM

for Appellant

# MEMORANDUM OPINION

**KENNEDY, Judge.**

Summary reversal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

**REVERSED.**

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**LINDA M. VANZI, Judge**

_____
**TIMOTHY L. GARCIA, Judge**